UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SCOTT TUTTLE,  )<br>　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>FRANK J. BISIGNANO,　　　　)<br>*Commissioner of Social Security Administration*　)<br>　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　) | **JUDGMENT**<br>Case No. 7:25-CV-563-KS |

---

## Decision by the Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the court grants Defendant's Motion to Remand [16] and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on July 25, 2025, with electronic service upon:

Lindsay Osterhout, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*
Cathleen McNulty, *Counsel for the Defendant*
Theresa Casey, *Counsel for the Defendant*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

DATE: July 25, 2025

/s/ *Shelia Foell*

(By): Shelia Foell
Deputy Clerk, U.S. District Court