# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
No. 7:25-cv-00563-KS

RICHARD SCOTT TUTTLE,
    Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,
    Defendant.

## ORDER

AND NOW, this 8th day of December 2025, it is hereby ORDERED that Plaintiff, Richard Scott Tuttle, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $7,505.00. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

_____
Kimberly A. Swank
United States Magistrate Judge