UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SCOTT TUTTLE, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>FRANK J. BISIGNANO, )<br>Commissioner of Social Security, )<br>      Defendant. ) | **JUDGMENT**<br><br>Case No. 7:25-CV-563-KS |

**Decision by Court.**

    This action came before court for consideration of the Plaintiff's Motion for Attorney Fees [DE-20].

    IT IS ORDERED, ADJUDGED AND DECREED the Plaintiff's Motion [DE-20] is GRANTED and Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $7,505.00. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

This judgment filed and entered on December 9, 2025, with *electronic service* upon:

**Lindsay Osterhout**
*Counsel for Plaintiff*

**Wanda Mason**
**Cathleen McNulty**
**Theresa Casey**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: December 9, 2025

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk